IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | 2:08-CR-048-J |
| | § | |
| CLARK PAUYO (1) | § | |

### ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION, and DENYING DEFENDANT'S MOTION TO SUPPRESS

On August 29, 2008, the Magistrate Judge entered a Report and Recommendation recommending that Defendant Pauyo's motion to suppress be denied. On September 8, 2008, the Defendant filed his objections to the Report and Recommendation of the Magistrate Judge, and the government has filed its response to those objections. The undersigned judge has reviewed those pleadings and made an independent examination of the record in this case. Defendant Pauyo's objections are hereby OVERRULED, and the Magistrate Judge's Report and Recommendations is hereby ADOPTED. Accordingly, the motion to suppress is DENIED.

It is SO ORDERED.

Signed this the 16th day of September, 2008.

MARY LOU ROBINSON
United States District Judge